# EXHIBIT A

## CONSENT TO JOIN LAWSUIT

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf, to contest the alleged failure of PepsiCo Inc., and/or their parent, subsidiary, predecessor, successor, affiliated, and related companies ("PepsiCo") to pay me proper wages, including overtime wages, under federal and applicable state law. I appoint Klafter Lesser LLP to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit, including any settlement of any and all compensation claims(s) I have against PepsiCo.

Signature: _Seth Marshall (Mar 21, 2022 19:51 EDT)_  Date: Mar 21, 2022

Printed Name: Seth Marshall